

**NUMBER 13-08-00469-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**SHARI PARKER,**                                          **Appellant,**

**v.**

**CARLOS GARCIA,**                                          **Appellee.**

---

**On appeal from the 94th District Court
of Nueces County, Texas.**

---

**MEMORANDUM OPINION**

**Before Justices Yañez, Rodriguez, and Benavides
Memorandum Opinion Per Curiam**

Appellant perfected an appeal from a judgment entered by the 94th District Court of Nueces County, Texas, in cause number 06-5422-C. Appellant has filed a motion to dismiss the appeal which is agreed to by appellee. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 14th day of May, 2009.